AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

LEVIATHAN SECURITY GROUP, INC., )
)
)
)
*Plaintiff(s)*
v.   Civil Action No.   9:20-cv-82318-RAR

LEVIATHAN DEFENSE GROUP LLC d/b/a
LEVIATHAN SECURITY SOLUTIONS, and
MICHAEL W. BIRD, JR.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LEVIATHAN DEFENSE GROUP LLC d/b/a LEVIATHAN SECURITY SOLUTIONS
3710 Buckeye St, Suite 110, Palm Beach Gardens, FL 33140

Registered Agent: Michael W. Bird, Jr.
13825 Emerson St., Apt. 405, Palm Beach Gardens, FL 33418

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catherine F. Hoffman, Esq.
DICKINSON WRIGHT PLLC
350 E. Las Olas Blvd. Suite 1750
Ft. Lauderdale, FL 33301
Tel: (954) 991-5420

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Dec 17, 2020

s/ P. Curtis

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| LEVIATHAN SECURITY GROUP, INC.,<br><br>*Plaintiff(s)*<br>v.<br>LEVIATHAN DEFENSE GROUP LLC d/b/a<br>LEVIATHAN SECURITY SOLUTIONS, and<br>MICHAEL W. BIRD, JR.<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No.   9:20-cv-82318-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MICHAEL W. BIRD, JR.
13825 Emerson St., Apt. 405, Palm Beach Gardens, FL 33418

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Catherine F. Hoffman, Esq.
DICKINSON WRIGHT PLLC
350 E. Las Olas Blvd. Suite 1750
Ft. Lauderdale, FL 33301
Tel: (954) 991-5420

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Dec 17, 2020

s/ P. Curtis

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court