## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 9:20-CV-82318-RAR

Plaintiff:
**LEVIATHAN SECURITY GROUP, INC.**

vs.


CWO2020008154

Defendant:
**LEVIATHAN DEFENSE GROUP LLC D/B/A LEVIATHAN SECURITY SOLUTIONS, AND MICHAEL W. BIRD, JR.**

For:
CATHERINE HOFFMAN, ESQ.
DICKINSON WRIGHT PLLC
350 EAST LAS OLAS BLVD., SUITE 1750
FORT LAUDERDALE, FL 33301

Received by C.W. SERVICES & ASSOCIATES, INC. on the 17th day of December, 2020 at 1:16 pm to be served on **MICHAEL W. BIRD, JR., 13825 EMERSON STREET, APT. 405, PALM BEACH GARDENS, FL 33418**.

I, Katelyn Muller, do hereby affirm that on the **18th day of December, 2020** at **10:35 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons, Civil Cover Sheet and Complaint** with the date and hour of service endorsed thereon by me, to: **MICHAEL W. BIRD, JR.** at the address of: **3710 Buckeye Street, Suite 110, PALM BEACH GARDENS, FL 33418**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 6'1", Weight: 250, Hair: Dark Blonde, Glasses: N

## RETURN OF SERVICE For 9:20-CV-82318-RAR

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under Penalties of Perjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True. No Notary is Required Pursuant to Florida State Statute 92.525(2)

/s/ Katelyn Muller
_____

**Katelyn Muller**
Process Server #1991

**C.W. SERVICES & ASSOCIATES, INC.**
**4908 Grassleaf Drive**
**Palm Beach Gardens, FL 33418**
**(561) 630-4866**

Our Job Serial Number: CWO-2020008154

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1z