UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 9:20-cv-82318-RAR**

LEVIATHAN SECURITY GROUP, INC.,
a Delaware corporation,
Plaintiff,

v.

LEVIATHAN DEFENSE GROUP LLC
d/b/a Leviathan Security Solutions,
a Florida Limited Liability Company and
Michael W. Bird, Jr., an individual,
Defendants.

_____/

**Defendants' Agreed Motion for 14-Day Enlargement of Time to Respond to Complaint**

Defendants, Leviathan Defense Group LLC d/b/a Leviathan Security Solutions and Michael W. Bird, Jr., ("Defendants") hereby move for an extension of time to respond to Plaintiff's Complaint, and state:

1. On Friday, December 18, 2021, both Defendants were served with the Complaint. Defendants' response to the Complaint is now due on Friday, January 8, 2021.

2. Defendants seek a 14-day enlargement of time to prepare their response to the Complaint due to the Christmas and New Year's holidays, and intervening weekends.

3. Based on the foregoing, Defendants have demonstrated good cause for this motion for extension, and Plaintiff's counsel has graciously agreed to the extension.

1

WHEREFORE, Defendants respectfully request a 14-day extension of time (corresponding to January 22, 2021) to file its response to the Complaint.

Dated January 8, 2021

By: s/ Michael B. Chesal
Michael B. Chesal, Esq.
mchesal@pch-iplaw.com
Florida Bar No. 775398
Steven I. Peretz, Esq.
speretz@pch-iplaw.com
Florida Bar No. 329037
Alberto Alvarez, Esq.
aalvarez@pch-iplaw.com
Florida Bar No. 106859
Peretz Chesal & Herrmann, P.L.
1 S.E. 3rd Avenue, Suite 1820
Miami, Florida 33131
T: 305-341-3000 | F: 305-371-6807
*Counsel for Defendants*

### Certificate of Meet & Confer

Counsel for Defendants has conferred with counsel for Plaintiff who has graciously agreed to the requested relief.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on January 8, 2021 on all counsel or parties of record in the manner specified on the Service List below.

/s/Michael B. Chesal

Catherine F. Hoffman, Esq.
choffman@dickinsonwright.com
Vijay G. Brijbasi, Esq.
vbrijbasi@dickinsonwright.com
Julie Dahlgard, Esq.
jdahlgard@dickinsonwright.com
350 East Las Olas Boulevard, Suite 1750
Fort Lauderdale, Florida 33301
Phone: (954) 991-5420 |Fax: (844) 670-6009
**VIA CM/ECF**