**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 9:20-cv-82318-RAR**

LEVIATHAN SECURITY GROUP, INC.,
a Delaware corporation,
Plaintiff,

v.

LEVIATHAN DEFENSE GROUP LLC
d/b/a Leviathan Security Solutions,
a Florida Limited Liability Company and
Michael W. Bird, Jr., an individual,
Defendants.

_____/

**ORDER GRANTING DEFENDANTS' AGREED MOTION FOR 14-DAY EXTENSION**
**OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER is before the Court upon the Defendants' Agreed Motion for 14-day Extension of Time to Respond to the Complaint ("Motion"), and the Court having reviewed the Motion and having been advised of the foregoing, it is hereby

ORDERED AND ADJUDGED as follows:

The Motion is GRANTED. Defendants shall file their response to the Complaint on or before January 22, 2021.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this \_\_\_\_ day of _____, 2021.

_____
Rodolfo A. Ruiz, II
United States District Judge

Copies to all parties