UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-82318-RAR

**LEVIATHAN SECURITY GROUP, INC.**,

    Plaintiff,

v.

**LEVIATHAN DEFENSE GROUP LLC
D/B/A LEVIATHAN SECURITY SOLUTIONS**, and
**MICHAEL W. BIRD, JR.**,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket. On December 16, 2020, Plaintiff filed its Complaint [ECF No. 1]. Defendants, Leviathan Defense Group LLC d/b/a Leviathan Security Solutions and Michael W. Bird, Jr., were served on December 18, 2020 [ECF Nos. 6-7]. Per Rule 12 of the Federal Rules of Civil Procedure, Defendants' response or answer to Plaintiff's Complaint was due on or before January 8, 2021. FED. R. CIV. P. 12(a)(1)(A)(i).

On January 8, 2021, Defendants sought "a 14-day enlargement of time to prepare their response to the Complaint due to the Christmas and New Year's holidays, and intervening weekends." [ECF No. 8]. This Court partially granted Defendants' request and ordered that Defendants file their response to the Complaint by January 18, 2021 [ECF No. 9]. To date, there is no indication that Defendants have filed a response or answer, nor have Defendants requested a further extension of time to do so. The Court cautions Defendants that "[d]eadlines are not meant to be aspirational; counsel must not treat the goodwill of the court as a sign that, as long as counsel tries to act, he has carte blanche permission to perform when he desires."[1]

---

[1] *Young v. City of Palm Bay Fla.*, 358 F.3d 859, 864 (11th Cir. 2004).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendants shall file their response or answer to Plaintiff's Complaint on or before **January 20, 2021** or show good cause as to why this Court should not impose sanctions.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 19th day of January, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**