IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Leviathan Security Group, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Leviathan Defense Group, LLC d/b/a Leviathan Security Solutions, a Florida limited liability company, and Michael W. Bird, Jr., an individual,<br><br>    Defendants. | Case No.: 9:20-cv-82318-RAR |

## DEFENDANTS' ANSWER TO COMPLAINT

Defendants, Leviathan Defense Group, LLC ("LDG") and Michael W. Bird, Jr. (collectively referred to as "Defendants"), by and through undersigned counsel, hereby answer the Complaint [DE 1] filed by Plaintiff, Leviathan Security Group, Inc. ("LSG"). Any allegation not specifically admitted below is denied.

1. Admitted that LSG purports to allege the referenced claims, but LDG otherwise denies any liability for such claims.

2. Admitted.

3. Admitted that venue is proper in this District. Denied that Defendants are engaged in trademark infringement and/or unfair competition.

1

4. Plaintiff is without knowledge of information sufficient to form a belief as to the truth of the allegations of Paragraph 4, and therefore, the allegations are denied.

5. Admitted.

6. Admitted.

7. Defendants are without knowledge of information sufficient to form a belief as to the truth of the allegations of Paragraph 7, and therefore, the allegations are denied.

8. Defendants are without knowledge of information sufficient to form a belief as to the truth of the allegations of Paragraph 8, and therefore, the allegations are denied.

9. Defendants are without knowledge of information sufficient to form a belief as to the truth of the allegations of Paragraph 9, and therefore, the allegations are denied.

10. Defendants are without knowledge of information sufficient to form a belief as to the truth of the allegations of Paragraph 10, and therefore, the allegations are denied. The USPTO's record regarding the referenced United States Trademark Application otherwise speaks for itself.

11. Defendants are without knowledge of information sufficient to form a belief as to the truth of the allegations of Paragraph 11, and therefore, the allegations are denied. The USPTO's record regarding the referenced United States Trademark Application and Registration otherwise speaks for itself.

12. Defendants are without knowledge of information sufficient to form a belief as to the truth of the allegations of Paragraph 9, and therefore, the allegations are denied.

13. Admitted that LDG was formed to provide consumers executive security services – namely the protection of individuals and their property from physical harm. Admitted that LDG has used the names "Leviathan Security Solutions," "Leviathan Secure," "Leviathan Defense Group," and "Leviathan" in connection with such executive security services. Denied as to the remainder of the allegations of Paragraph 13.

14. Denied.

15. Admitted that the domain name www.leviathansecure.com was registered on October 8, 2020. Denied as to the remaining allegations of Paragraph 15.

16. Admitted that the domain name www.leviathandefensegroup.com was registered on October 8, 2020. Denied as to the remaining allegations of Paragraph 16.

17. Denied that archive.org indicates when the www.leviathansecure.com website launched. Admitted that in November 2020, LDG marketed its executive security services to consumers using the names LEVIATHAN SECURE and LEVIATHAN SECURITY SOLUTIONS.

18. Admitted that LDG used Twitter (using the name "Leviathan Security Services" and the Twitter handle "SecureLeviathan") to market its executive security services. Denied as to the remaining allegations of Paragraph 18.

19. Admitted.

20. Admitted that LDG uses the name Leviathan Defense Group to identify its Facebook page and uses the wwww.LeviathanDefenseGroup.com website to promote its executive security services. Denied as to the remaining allegations of Paragraph 20.

21. Denied.

22. Denied.

23. Denied.

24. Denied as phrased. Admitted that LSG has never expressly authorized or consented to LDG using LDG's own marks, but denied that LDG was required to obtain any such authorization or consent. Denied as to the remaining allegations of Paragraph 24.

25. Denied.

26. Denied.

27. Denied.

28. Defendants are without knowledge of information sufficient to form a belief as to the truth of the allegations of Paragraph 28, and therefore, the allegations are denied.

29. Defendants are without knowledge of information sufficient to form a belief as to the truth of the allegations of Paragraph 29, and therefore, the allegations are denied.

30. Denied.

## COUNT I
## False Designation of Origin under the Lanham Act
## 15 U.S.C. § 1125(a)

31. Defendants reallege their responses to paragraph 1-30.

32. Denied.

33. Denied.

34. Denied.

## COUNT II
## Trademark Infringement under the Lanham Act
## 15 U.S.C. § 1114

35. Defendants reallege their responses to paragraph 1-30.

36. Defendants are without knowledge of information sufficient to form a belief as to the truth of the allegations of Paragraph 36, and therefore, the allegations are denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

## COUNT III
## Trademark Infringement and Unfair Competition
## under Florida Common Law

44. Defendants reallege their responses to paragraph 1-30.

45. Admitted that LSG purports to allege the referenced claim, but LDG otherwise denies any liability for such claim.

46. Denied.

47. Denied.

WHEREFORE, Defendants respectfully request that the Court deny all relief requested by Plaintiff in its Counterclaim, and award Defendants its reasonable attorney's fees and expenses pursuant to 15 U.S.C. 1117.

Dated January 19, 2021

             By: s/ Michael Chesal
               Steven I. Peretz, Esq.
               speretz@pch-iplaw.com
               Florida Bar No. 329037
               Michael B. Chesal, Esq.
               mchesal@pch-iplaw.com
               Florida Bar No. 775398
               Alberto Alvarez, Esq.
               aalvarez@pch-iplaw.com
               Florida Bar No. 106859
               Peretz Chesal & Herrmann, P.L.
               1 S.E. 3rd Avenue, Suite 1820
               Miami, Florida 33131
               T: 305-341-3000 | F: 305-371-6807
               *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on January 19, 2021 on all counsel or parties of record in the manner specified on the Service List below.

                                                    /s/Michael Chesal

Catherine F. Hoffman, Esq.
choffman@dickinsonwright.com
Vijay G. Brijbasi, Esq.
vbrijbasi@dickinsonwright.com
Julie Dahlgard, Esq.
jdahlgard@dickinsonwright.com
350 East Las Olas Boulevard, Suite 1750
Fort Lauderdale, Florida 33301
Phone: (954) 991-5420 | Fax: (844) 670-6009
**VIA CM/ECF**