**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 9:20-cv-82318-RAR**

**LEVIATHAN SECURITY GROUP, INC.,**
a Delaware corporation,
Plaintiff,

v.

**LEVIATHAN DEFENSE GROUP LLC**
d/b/a Leviathan Security Solutions,
a Florida Limited Liability Company and
Michael W. Bird, Jr., an individual,
Defendants.

_____/

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to S.D. Fla. Local Rule 16.1 and the Court's Order Requiring Joint Scheduling Report and Proposed Scheduling Order [D.E. 11], Plaintiff, LEVIATHAN SECURITY GROUP, INC., through counsel, respectfully submits the following as having an interest in the outcome of this case:

1. Plaintiff, LEVIATHAN SECURITY GROUP, INC.;

2. Octal Security LLC, a wholly owned subsidiary of Plaintiff;

3. Defendants, LEVIATHAN DEFENSE GROUP, LLC D/B/A LEVIATHAN SECURITY SOLUTIONS and MICHAEL W. BIRD, JR.

    Respectfully submitted,

    **DICKINSON WRIGHT PLLC**
    350 East Las Olas Boulevard, Suite 1750
    Fort Lauderdale, Florida 33301
    Phone: 954-991-5420
    Fax: 844-670-6009

    /s/ Catherine F. Hoffman

Catherine F. Hoffman, Esq.
Florida Bar Number: 828459
choffman@dickinsonwright.com
Vijay G. Brijbasi, Esq.
Florida Bar No.: 15037
vbrijbasi@dickinsonwright.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF to the following party:

Steven I. Peretz, Esq.           speretz@pch-iplaw.com      Florida Bar No. 329037
Michael B. Chesal, Esq.       mchesal@pch-iplaw.com     Florida Bar No. 775398
Alberto Alvarez, Esq.           aalvarez@pch-iplaw.com     Florida Bar No. 106859
Peretz Chesal & Herrmann, P.L.
1 S.E. 3rd Avenue, Suite 1820
Miami, Florida 33131
T: 305-341-3000 | F: 305-371-6807
*Counsel for Defendants*

/s/ Catherine F. Hoffman
Catherine F. Hoffman, Esq.
Florida Bar Number: 828459

2

4831-2448-6617 v1 [95302-1]