IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Leviathan Security Group, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Leviathan Defense Group, LLC d/b/a Leviathan Security Solutions, a Florida limited liability company, and Michael W. Bird, Jr., an individual,<br><br>    Defendants. | Case No.: 9:20-cv-82318-RAR |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendants, Leviathan Defense Group, LLC d/b/a Leviathan Security Solutions, a Florida limited liability company and Michael W. Bird, Jr., by and through their attorneys, hereby file their Certificate of Interested Parties and Corporate Disclosure Statement, and state:

The following companies and people may have a financial interest in the outcome of this action:

1. Leviathan Defense Group, LLC d/b/a Leviathan Security Solutions — Defendant
2. Michael W. Bird, Jr. — Defendant
3. Peretz Chesal & Herrmann, P.L. — Counsel for Defendants
4. Leviathan Security Group, Inc. — Plaintiff

1

5. Dickinson Wright PLLC                                Counsel for Plaintiff

Leviathan Defense Group, LLC is a non-governmental corporate party that does not have any parent company or subsidiary, and there is no publicly held corporation that owns more than 10% or more interest in the company.

I hereby certify that, except as disclosed above, I am unaware of any action or potential conflict of interest involving the district judge to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated January 27, 2021

By: s/ Alberto Alvarez
Steven I. Peretz, Esq.
speretz@pch-iplaw.com
Florida Bar No. 329037
Michael B. Chesal, Esq.
mchesal@pch-iplaw.com
Florida Bar No. 775398
Alberto Alvarez, Esq.
aalvarez@pch-iplaw.com
Florida Bar No. 106859
Peretz Chesal & Herrmann, P.L.
1 S.E. 3rd Avenue, Suite 1820
Miami, Florida 33131
T: 305-341-3000 | F: 305-371-6807
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on January 27, 2021 on all counsel or parties of record in the manner specified on the Service List below.

                                                          /s/Alberto Alvarez

Catherine F. Hoffman, Esq.
choffman@dickinsonwright.com
Vijay G. Brijbasi, Esq.
vbrijbasi@dickinsonwright.com
Julie Dahlgard, Esq.
jdahlgard@dickinsonwright.com
Dickinson Wright PLLC
350 East Las Olas Boulevard, Suite 1750
Fort Lauderdale, Florida 33301
Phone: (954) 991-5420 | Fax: (844) 670-6009
**VIA CM/ECF**