UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 20-cv-82318-Ruiz/Reinhart

Leviathan Security Group, Inc.,

        Plaintiff,

v.

Leviathan Defense Group LLC, et al.,

        Defendants.
_____/

**ORDER SETTING**
**DISCOVERY STATUS CONFERENCE**

**THIS CAUSE** comes before this Court upon an Order of Reference from the District Court. It is hereby **ORDERED AND ADJUDGED** as follows:

Counsel shall appear before this Court on **July 22, 2021 at 2:00 p.m.** at the United States Courthouse, 701 Clematis Street, West Palm Beach, Florida, 33401, for a final discovery status conference before Magistrate Judge Bruce Reinhart.

**ONE WEEK IN ADVANCE** of this conference, counsel shall file a **joint discovery status report** which addresses the following:

    a.) what discovery has been propounded by each party;

    b.) whether the discovery requests have been answered;

    c.) the status of depositions, including:

        1. the number of depositions already taken;

        2. the number of remaining depositions and whether they have been scheduled; and

2

    3. an explanation of any delay in scheduling the remaining depositions;

d.) the status of expert disclosures;

e.) whether there are any outstanding discovery disputes;

f.) whether the parties believe that a discovery status conference is needed; and

g.) whether the parties can certify that all discovery will be completed by the discovery deadline.

**DONE and ORDERED** in Chambers on February 8, 2021, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE