**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

CASE NO:  20-CIV-82318-RAR

LEVIATHAN SECURITY GROUP, INC.,

Plaintiff,
v.

LEVIATHAN DEFENSE GROUP LLC
D/B/A LEVIATHAN SECURITY SOLUTIONS, and
MICHAEL W. BIRD, JR.,

Defendants.
_____/

**JOINT PROPOSED ORDER SCHEDULING MEDIATION**

Pursuant to the Court's Order Setting Jury Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [D.E. 16], the Parties, by and through undersigned counsel, hereby file their Joint Proposed Order Scheduling mediation. See Exhibit "A" Proposed Order Scheduling Mediation.

**Respectfully submitted,**

**Dated February 25, 2021**

| **DICKINSON WRIGHT PLLC** | **PERETZ CHESAL & HERRMANN, P.L.** |
|---|---|
| 350 East Las Olas Boulevard, Suite 1750 | 1 S.E. 3rd Avenue, Suite 1820 |
| Fort Lauderdale, Florida 33301 | Miami, Florida 33131 |
| Phone: 954-991-5420 | T: 305-341-3000 \| |
| Fax: 844-670-6009 | F: 305-371-6807 |
| | |
| /s/ Catherine F. Hoffman | /s/Michael B. Chesal |
| Catherine F. Hoffman, Esq. | Steven I. Peretz, Esq. |
| Florida Bar Number: 828459 | speretz@pch-iplaw.com |
| choffman@dickinsonwright.com | Florida Bar No. 329037 |
| Vijay G. Brijbasi, Esq. | Michael B. Chesal, Esq. |
| Florida Bar No.: 15037 | mchesal@pch-iplaw.com |

| | |
|---|---|
| vbrijbasi@dickinsonwright.com<br>*Counsel for Plaintiff* | Florida Bar No. 775398<br>Alberto Alvarez, Esq.<br>aalvarez@pch-iplaw.com<br>Florida Bar No. 106859<br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of February, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF to the following party:

Steven I. Peretz, Esq.          speretz@pch-iplaw.com         Florida Bar No. 329037
Michael B. Chesal, Esq.     mchesal@pch-iplaw.com       Florida Bar No. 775398
Alberto Alvarez, Esq.         aalvarez@pch-iplaw.com      Florida Bar No. 106859
Peretz Chesal & Herrmann, P.L.
1 S.E. 3rd Avenue, Suite 1820
Miami, Florida 33131
T: 305-341-3000 | F: 305-371-6807
*Counsel for Defendants*

/s/ Catherine F. Hoffman
Catherine F. Hoffman, Esq.
Florida Bar Number: 828459