# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

CASE NO: 20-CV-82318-RAR

LEVIATHAN SECURITY GROUP, INC.,

Plaintiff,
v.

LEVIATHAN DEFENSE GROUP LLC
D/B/A LEVIATHAN SECURITY SOLUTIONS, and
MICHAEL W. BIRD, JR.,

Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mark Stein on June 10, 2021 at 9:00AM. A report of the mediation must be filed within seven (7) days thereafter.

DONE AND ORDERED in Fort Lauderdale, Florida, this 25th day of February, 2021.

_____
RODOLFO RUIZ
UNITED STATES DISTRICT JUDGE