UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-82318-RAR

**LEVIATHAN SECURITY GROUP, INC.**,

    Plaintiff,

v.

**LEVIATHAN DEFENSE GROUP LLC
D/B/A LEVIATHAN SECURITY SOLUTIONS**, and
**MICHAEL W. BIRD, JR.**,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mark Stein, Esq. on **Thursday**, **June 10**, **2021 at 9:00 A.M.**  A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 3rd day of March, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**