**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 9:20-cv-82318-RAR**

LEVIATHAN SECURITY GROUP, INC.,
a Delaware corporation,
Plaintiff,

v.

LEVIATHAN DEFENSE GROUP LLC
d/b/a Leviathan Security Solutions,
a Florida Limited Liability Company and
Michael W. Bird, Jr., an individual,
Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Leviathan Security Group, Inc. ("Plaintiff") and Defendants, Leviathan Defense Group LLC d/b/a Leviathan Security Solutions and Michael W. Bird, Jr. ("Defendants") hereby notify the Court that the parties have reached a settlement agreement in this action. Upon effectuating certain requirements of the settlement within the next sixty (60) days, the parties shall file a Stipulation of Dismissal with Prejudice in accordance with the agreement.

Dated June 14, 2021

> By: s/ Michael B. Chesal
> Michael B. Chesal, Esq.
> mchesal@pch-iplaw.com
> Florida Bar No. 775398
> Steven I. Peretz, Esq.
> speretz@pch-iplaw.com
> Florida Bar No. 329037
> Alberto Alvarez, Esq.
> aalvarez@pch-iplaw.com
> Florida Bar No. 106859
> Peretz Chesal & Herrmann, P.L.
> 1 S.E. 3rd Avenue, Suite 1820
> Miami, Florida 33131
> T: 305-341-3000 | F: 305-371-6807
> *Counsel for Defendants*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served on June 14, 2021 on all counsel or parties of record in the manner specified on the Service List below.

                                                                     /s/Michael B. Chesal

Catherine F. Hoffman, Esq.
choffman@dickinsonwright.com
Vijay G. Brijbasi, Esq.
vbrijbasi@dickinsonwright.com
Julie Dahlgard, Esq.
jdahlgard@dickinsonwright.com
350 East Las Olas Boulevard, Suite 1750
Fort Lauderdale, Florida 33301
Phone: (954) 991-5420 |Fax: (844) 670-6009
**VIA CM/ECF**