UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-82318-RAR

**LEVIATHAN SECURITY GROUP, INC.**,

    Plaintiff,

v.

**LEVIATHAN DEFENSE GROUP LLC
D/B/A LEVIATHAN SECURITY SOLUTIONS**, and
**MICHAEL W. BIRD**, **JR.**,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the parties' Joint Notice of Settlement [ECF No. 21] indicating that the parties have reached a settlement. The Court having carefully reviewed the file, and being otherwise advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal with this Court within **sixty (60) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of June, 2021.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**