**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 9:20-cv-82318-RAR**

LEVIATHAN SECURITY GROUP, INC.,
a Delaware corporation,

Plaintiff,

v.

LEVIATHAN DEFENSE GROUP LLC
d/b/a Leviathan Security Solutions,
a Florida Limited Liability Company and
Michael W. Bird, Jr., an individual,

Defendants.

_____/

### Joint Motion for 45-Day Enlargement of Time to File Stipulation of Dismissal

Plaintiff Leviathan Security Group, Inc. ("Plaintiff") and Defendants, Leviathan Defense Group LLC d/b/a Leviathan Security Solutions and Michael W. Bird, Jr., ("Defendants") hereby move for an extension of time to file a Stipulation of Dismissal and state:

1. Pursuant to this Court's June 14, 2021 Order Administratively Closing Case (D.E. 22), the parties were required to file a Stipulation of Dismissal by August 13, 2021.

2. The parties seek a 45-day enlargement of time to file the Stipulation of Dismissal to allow the parties additional time to confirm compliance with certain terms of the Settlement Agreement.

WHEREFORE, Plaintiff and Defendants respectfully request a 45-day extension of time (corresponding to September 27, 2021) to file the Stipulation of Dismissal.

Dated August 13, 2021

| | |
|---|---|
| s/ Catherine F. Hoffman | s/ Albert Alvarez |
| Catherine F. Hoffman, Esq. | Michael B. Chesal, Esq. |
| choffman@dickinsonwright.com | mchesal@pch-iplaw.com |
| Florida Bar No. 828459 | Florida Bar No. 775398 |
| Vijay G. Brijbasi, Esq. | Steven I. Peretz, Esq. |
| vbrijbasi@dickinsonwright.com | speretz@pch-iplaw.com |
| Florida Bar No. 15037 | Florida Bar No. 329037 |
| Julie Dahlgard, Esq. | Alberto Alvarez, Esq. |
| jdahlgard@dickinsonwright.com | aalvarez@pch-iplaw.com |
| Florida Bar No. 98481 | Florida Bar No. 106859 |
| 350 East Las Olas Boulevard | Peretz Chesal & Herrmann, P.L. |
| Suite 1750 | 1 S.E. 3rd Avenue, Suite 1820 |
| Fort Lauderdale, Florida 33301 | Miami, Florida 33131 |
| Phone: (954) 991-5420 | T: 305-341-3000 | F: 305-371-6807 |
| Fax: (844) 670-6009 | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on August 13, 2021 on all counsel or parties of record in the manner specified on the Service List below.

                                                  /s/Albert Alvarez

Catherine F. Hoffman, Esq.
choffman@dickinsonwright.com
Vijay G. Brijbasi, Esq.
vbrijbasi@dickinsonwright.com
Julie Dahlgard, Esq.
jdahlgard@dickinsonwright.com
350 East Las Olas Boulevard, Suite 1750
Fort Lauderdale, Florida 33301
Phone: (954) 991-5420 |Fax: (844) 670-6009
**VIA CM/ECF**