**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 9:20-cv-82318-RAR**

LEVIATHAN SECURITY GROUP, INC.,
a Delaware corporation,
Plaintiff,

v.

LEVIATHAN DEFENSE GROUP LLC
d/b/a Leviathan Security Solutions,
a Florida Limited Liability Company and
Michael W. Bird, Jr., an individual,
Defendants.

_____/

**ORDER GRANTING PARTIES' JOINT MOTION FOR 45-DAY ENLARGEMENT OF TIME TO FILE STIPULATION OF DISMISSAL**

THIS MATTER is before the Court upon the parties' Joint Motion for 45-day Enlargement of Time to File Stipulation of Dismissal ("Motion"), and the Court having reviewed the Motion and having been advised of the foregoing, it is hereby

ORDERED AND ADJUDGED as follows:

The Motion is GRANTED. The parties shall file the Stipulation of Dismissal on or before September 27, 2021.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida this ____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Rodolfo A. Ruiz, II
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to all parties